**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6952**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

DENNEVER LIVINGSTON, a/k/a Fatta,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry Coke Morgan, Jr., Senior District Judge. (2:97-cr-00039-HCM-41)

Submitted: November 17, 2016     Decided: November 22, 2016

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dennever Livingston, Appellant Pro Se. Eric Matthew Hurt, Assistant United States Attorney, Newport News, Virginia; Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennever Livingston appeals from the district court's order denying his motion for a modification of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Livingston, No. 2:97-cr-00039-HCM-41 (E.D. Va. filed June 6, 2016; entered June 7, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED